UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS P. COOK,

    Plaintiff,

v.

E. PALUBICKI,

    Defendant.

No. 2:14-cv-3009-JAM-EFB P (TEMP)

ORDER

    Plaintiff is a former state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis. When plaintiff was released from prison in September 2015, his application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(b) was pending. *See* ECF No. 9. However, because plaintiff has now been released from prison, he must submit a non-prisoner application to proceed in forma pauperis or pay the filing fee ($400.00), before this case can proceed.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is denied without prejudice.

    2. Within thirty days after the filing of this order, plaintiff must pay the filing fee in full OR submit a non-prisoner application to proceed in forma pauperis, included herewith.

    3. The Clerk of the Court is directed to send plaintiff, together with service of this order, a blank in forma pauperis application used by non-prisoners.

4. Failure of plaintiff to timely comply with this order will result in a recommendation of dismissal of this action without prejudice.

DATED: March 4, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE